Martin W. Schiffmiller (MS 7939)
KIRSCHSTEIN, OTTINGER,
ISRAEL & SCHIFFMILLER, P.C.
Attorneys for Plaintiff
489 Fifth Avenue
New York, New York 10017-6109
Tel.: (212) 697-3750
Fax: (212) 949-1690

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
VETRERIE BRUNI S.p.A.,

               Plaintiff

    v.

A.I.G. WINE & SPIRITS CO., INC. and
DESIGNWISE L.L.C.,

               Defendants.
-----------------------------------------------------------X

Civil Action No.
07 CV 6166 (DC)

ECF CASE

## PLAINTIFF'S CERTIFICATE UNDER F.R.C.P. RULE 7.1

Pursuant to Rule 7.1 Fed.R.Civ.P., and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned attorney for Plaintiff (a non-governmental party) certifies that Plaintiff has no corporate parents, affiliates and/or subsidiaries which are publicly held.

KIRSCHSTEIN, OTTINGER,
ISRAEL & SCHIFFMILLER, P.C.
Attorneys for Plaintiff

Dated: New York, New York
        July 2, 2007

By _____
Martin W. Schiffmiller
MS 7939