```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

VETERIE BRUNI S.P.A.,                :

                Plaintiff,           :

        - against -                  :           ORDER

A.I.G. WINE & SPIRITS, INC. and      :           07 Civ. 6166 (DC)
DESIGNWISE L.L.C.,
                                     :
                Defendants.
                                     :
- - - - - - - - - - - - - - - - - -x
```



**CHIN, D.J.**

      Plaintiff commenced this action on July 2, 2007 by filing a complaint, at which time a summons was issued. More than 120 days have elapsed since the action was commenced, and plaintiff has failed to file an affidavit of service with the Court attesting to service of the summons and complaint on the defendants. Accordingly, this action will be dismissed without prejudice unless plaintiff, within thirty days from the date of this order, that is, on or before December 1, 2007, either (1) files proof of service with the Clerk of the Court, or (2) shows cause in writing why a further extension of the time limit for service is warranted. See Fed. R. Civ. P. 4(m).

      SO ORDERED.

Dated:    New York, New York
            November 1, 2007

                                          DENNY CHIN
                                          United States District Judge