KIRSCHSTEIN, OTTINGER,
ISRAEL & SCHIFFMILLER, P.C.
Attorneys for Plaintiff
489 Fifth Avenue
New York, New York 10017-6109
Tel.: (212) 697-3750
Fax: (212) 949-1690

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

-----------------------------------------------------X

VETRERIE BRUNI S.p.A.,

               Plaintiff

      v.

A.I.G. WINE & SPIRITS CO., INC. and
DESIGNWISE L.L.C.,

              Defendants.

-----------------------------------------------------X

Civil Action No.
07 Civ. 6166 (DC)

ECF CASE

### NOTICE OF DISMISSAL WITH PREJUDICE

All issues raised by the Complaint having been settled between the parties, Plaintiff Vetrerie Bruni S.p.A. hereby dismisses this action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(i).

Respectfully submitted,

KIRSCHSTEIN, OTTINGER,
ISRAEL & SCHIFFMILLER, P.C.
Attorneys for Plaintiff

By _____
Martin W. Schiffmiller
MS 7939

Dated: New York, New York
November 5, 2007

SO ORDERED:

_____
U.S.D.J.
11/8/07